**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable John A. Mendez
United States District Judge
Sacramento, California

                              **RE:   Aminah DORSEY
                                          Docket Number:   2:00CR00109-01**

Your Honor:

On December 7, 2000, the above referenced defendant was sentenced by the Honorable David F. Levi for a violation of a 18 USC 657 - Credit Union Embezzlement. She was ordered committed to the custody of the Bureau of Prisons for 12 months and 1 day, followed by a three year term of supervised release with a variety of special conditions. She released to supervision in the Northern District of California on March 19, 2001.

On January 28, 2002, the offender was arrested by the Oakland Police Department and was charged in Alameda County Superior Court, Case Number 483792, with the murder of Joseph Mabry. In response to this new law violation, a petition was filed on April 7, 2003, and Judge Levi issued a "no-bail" warrant. The offender remained in custody in Alameda County and her warrant was lodged as a detainer. On June 5, 2008, she pled no contest to Second Degree Murder and faces a state prison term of 15 years to life when sentenced on August 22, 2008.

After Judge Levi's warrant was issued, the Ninth Circuit issued its opinion in *United States v. Vargas-Amaya*, 389 F.3d 901 (2004) requiring that violation charges in a warrant request be supported by oath or affirmation in order to toll the supervision time. The petition in this case did not include an oath or affirmation as it was not known to be required at the time. Therefore, the supervision term was not tolled in this case, and, in fact, had expired on March 18, 2004, before the *Vargas-Amaya* opinion, which was filed November 22, 2004. Since the Court no longer has jurisdiction over the matter, it is recommended that the warrant be recalled and the case closed.

1

**RE:   Aminah DORSEY**
       **Docket Number:   2:00CR00109-01**
       <u>**MEMO TO THE COURT**</u>

It is recommended that the violator's warrant issued in this case on April 7, 2003, be recalled and the petition dismissed in light of *United States v. Vargas-Amaya*, 389 F.3d 901 (9th Cir. 2004).

Respectfully submitted,

/s/John A. Poglinco
**JOHN A. POGLINCO**
**Senior United States Probation Officer**

Dated:   July 11, 2008
         Sacramento, California
         JAP/cp


**REVIEWED BY:**   /s/Lori L. Koehnen for
                   **KYRIACOS M. SIMONIDIS**
                   **Supervising United States Probation Officer**


cc:   Christopher P. Sonderby
      Assistant United States Attorney

      Caro Marks, APD
      Defense Counsel


SO ORDERED:  **X**                    DISAGREE: _____


/s/ John A. Mendez                                 7/14/2008
**HON. JOHN A. MENDEZ**                            DATE
United States District Judge